**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE

| | | |
|---|---|---|
| JEAN HEILMAN, | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bankruptcy No: 19-14915 |

### ORDER

*AND NOW* , this 3rd day of October, 2019 upon consideration of the Debtors Motion to Impose Automatic Stay, it is hereby **ORDERED** and **DECREED** that the Debtors Motion to Impose Automatic Stay is **GRANTED**,

BY THE COURT,

_____
Ashely M. Chan,
U.S. BANKRUPTCY JUDGE