United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Jean L. Heilman   
      Debtor

Case No. 19-14915-amc   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4　　User: Randi　　Page 1 of 1　　Date Rcvd: Oct 03, 2019  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.  
db　　　　　+Jean L. Heilman,   22 Maple Street,   Mohnton, PA 19540-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:  
　　　JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Jean L. Heilman NO1JTB@juno.com  
　　　KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com  
　　　REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  bkgroup@kmllawgroup.com  
　　　ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  ecfmail@readingch13.com, ecf_frpa@trustee13.com  
　　　SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
　　　SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE

        JEAN HEILMAN,        :        Chapter 13

                                        :

        Debtor                 :        Bankruptcy No: 19-14915

### ORDER

*AND NOW* , this 3rd day of October, 2019 upon consideration of the Debtors Motion to Impose Automatic Stay, it is hereby **ORDERED** and **DECREED** that the Debtors Motion to Impose Automatic Stay is **GRANTED**,

BY THE COURT,

_____
**Ashely M. Chan,**
**U.S. BANKRUPTCY JUDGE**