IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jean L. Heilman<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-14915/AMC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Jean L. Heilman<br>    Debtor/Respondent, | |
| Scott Waterman, Trustee<br>    Additional Respondent. | |

**O R D E R**

AND NOW, this  14th   day of  November    , 2019, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 22 Maple Street, Mohnton, PA 19540; and it is

FURTHER ORDERED that any future bankruptcy cases filed by Debtors, their successors, assigns, or any other persons, will not stay any actions taken by Movant or its successors from proceeding with enforcement of its right to possession of, or title to, the Property; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE