UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JEAN L. HEILMAN | Bankruptcy No.19-14915-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of December, 2019, by first class mail upon those listed below:

JEAN L. HEILMAN
22 MAPLE STREET
MOHNTON, PA  19540

**Electronically via CM/ECF System Only:**

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING, PA  19611

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee